ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jarledge@sgroandroger.com

DAVID ROGER, ESQ.
Nevada Bar No. 2781
LAS VEGAS POLICE
PROTECTIVE ASSOCIATION
9330 West Lake Mead Boulevard, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 384-8692
Facsimile: (702) 384-7989
droger@lvppa.com
*Attorneys for Plaintiff Rayven*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYVEN LAFUA,<br><br>                Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>                Defendant. | Case No.: 2:22-cv-02133-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL**<br><br>**(First Request)** |

## STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

Plaintiff's response to defendants' motion for partial dismissal is currently due on February 2, 2023. Plaintiff and defendants agree that Plaintiff may have up to and including February 9, 2023, to respond to the motion for partial dismissal.

This is the first request for such an extension and it is made in good faith and not for purposes of delay.

Dated this 2nd day of February, 2023.

| SGRO & ROGER | MARQUIS AURBACH COFFING |
|---|---|
| /s/ Jennifer W. Arledge | /s/ Nicholas D. Crosby |
| ANTHONY P. SGRO, ESQ. | NICHOLAS D. CROSBY, ESQ. |
| Nevada Bar No. 3811 | Nevada Bar No. 8996 |
| JENNIFER WILLIS ARLEDGE, ESQ. | 10001 Park Run Drive |
| Nevada Bar No. 8729 | Las Vegas, NV 89145 |
| 720 South Seventh Street, 3rd Floor | *Attorneys for LVMPD* |
| Las Vegas, Nevada 89101 | |
| *Attorneys for Plaintiff Rayven Lafua* | |

**ORDER**

IT IS SO ORDERED.

Dated: February 2, 2023

_____
DISTRICT COURT JUDGE

Page 2 of 2