**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
nadams@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYVEN LAFUA,<br><br>               Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency of the State of Nevada; SERGEANT KASHIF SUMMERS, in his individual and official capacity; CAPTAIN KRISTINE BUIST, in her individual and official capacity, DOE DEFENDANTS 1 through 10; and ROE DEFENDANTS 1 through 10, inclusive,<br><br>               Defendants. | Case Number:<br>2:22-CV-02133-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 42)** |

IT IS HEREBY STIPULATED between Plaintiff and Defendants, by and through their attorneys of record, that the deadline for the Defendants to file their Reply to Plaintiff's Response to Motion for Summary Judgment (ECF No. 42) be extended until May 31, 2024.

1. On April 12, 2024, Defendants filed their Motion for Summary Judgment (ECF No. 36).

2. On May 10, 2024, Plaintiff filed his Opposition to Defendants' Motion for Summary Judgment (ECF No. 42).

3. The Defendants' Reply is currently due on May 24, 2024.

Page 1 of 2

MAC:14687-439 5486689_1

4. The parties stipulate that the deadline for the Defendants to file their Reply to Plaintiff's Response to Motion for Summary Judgment (ECF No. 42) be extended until May 31, 2024.

5. This is the first request for such an extension of time, and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED this 22nd day of May, 2024.

| MARQUIS AURBACH | SGRO & ROGER |
|---|---|
| By: */s/ Nicholas M. Adams* <br> Nick D. Crosby, Esq. <br> Nevada Bar No. 8996 <br> Nicholas M. Adams, Esq. <br> Nevada Bar No. 15859 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendants | By: *s/Jennifer Willis Arledge* <br> Jennifer Willis Arledge, Esq. <br> Nevada Bar No. 8729 <br> 2901 El Camino Ave., Ste. 204 <br> Las Vegas, Nevada 89102 <br> Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED:
Dated on this   23   Day of May, 2024.

_____
Gloria M. Navarro
United States District Court Judge