**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
nadams@maclaw.com
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYVEN LAFUA,<br><br>               Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency of the State of Nevada; SERGEANT KASHIF SUMMERS, in his individual and official capacity; CAPTAIN KRISTINE BUIST, in her individual and official capacity, DOE DEFENDANTS 1 through 10; and ROE DEFENDANTS 1 through 10, inclusive,<br><br>               Defendants. | Case Number:<br>2:22-CV-02133-GMN-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE THE SETTLEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff Rayven Lafua ("Plaintiff"), by and through his attorneys of record, Jennifer Arledge, Esq. of Sgro & Roger, and Defendants Las Vegas Metropolitan Police Department, Sgt. Kashif Summers and Capt. (ret.) Kristine Buist ("Defendants"), by and through their attorneys of record, Nick D. Crosby, Esq. of Marquis Aurbach, that the Settlement Conference set for September 4, 2024 at 10:00 a.m. be moved to a future date convenient to the Court.

1. On April 30, 2024, the Court filed an Order Scheduling Settlement Conference (ECF No. 39).

2. On August 19, 2024, counsel for Defendants realized he had a calendaring conflict.

MAC:14687-439 5580637_1

3. Specifically, counsel for Defendants has another settlement conference scheduled for September 4, 2024 at 9:30 a.m. in the case of *Santopietro v. LVMPD*, Case No. 2:12-cv-01648-JCM-EJY, which is a 2012 case that is set for trial December 16, 2024.

4. Counsel for Plaintiff has a pre-planned and pre-paid trip out of the country in late September 2024/early October and Defendants' counsel has a pre-paid, pre-planned trip out of the country from October 3, 2024 through October 13, 2024.

5. To this end, the Parties are available to continue the settlement conference to any time after October 14, 2024.

6. This is the first request for such a continuance and it is made in good faith and not for purposes of delay.

IT IS SO STIPULATED this 19th day of August, 2024.

| MARQUIS AURBACH | SGRO & ROGER |
|---|---|
| By: */s/ Nicholas M. Adams* <br>    Nick D. Crosby, Esq. <br>    Nevada Bar No. 8996 <br>    Nicholas M. Adams, Esq. <br>    Nevada Bar No. 15859 <br>    10001 Park Run Drive <br>    Las Vegas, Nevada 89145 <br>    Attorneys for Defendants | By:    *s/Jennifer Willis Arledge* <br>    Jennifer Willis Arledge, Esq. <br>    Nevada Bar No. 8729 <br>    2901 El Camino Ave., Ste. 204 <br>    Las Vegas, Nevada 89102 <br>    Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED:

**DATED**: 8/21/2024

_____
United States Magistrate Judge

**IT IS FURTHER ORDERED** that the settlement conference is continued to November 22, 2024 at 10:00 a.m. via videoconference. The pre-settlement status conference is continued to November 21, 2024 at 3:00 p.m. via teleconference. The parties' settlement briefs are due November 15, 2024 at 4 p.m.

Page 2 of 2

MAC:14687-439 5580637_1