ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
**SGRO & ROGER**
2901 El Camino Ave, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jarledge@sgroandroger.com
abondy@sgroandroger.com
*Attorneys for Plaintiff Rayven Lafua*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYVEN LAFUA, | Case No.: 2:22-cv-02133-GMN-DJA |
| Plaintiff, | Dept. No.: 21 |
| vs. | Consolidated with: |
| | Case No.: A-21-845029-C |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency of the State of Nevada; SERGEANT KASHIF SUMMERS, in his individual and official capacity; CAPTAIN KRISTINE BUIST, in her individual and official capacity, DOE DEFENDANTS 1 through 10; and ROE DEFENDANTS 1 through 10, inclusive, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| Defendants. | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that as of December 1, 2024, attorney JENNIFER WILLIS ARLEDGE, will no longer be associated with Sgro & Roger, which is counsel for Plaintiff, RAYVEN LAFUA. Please remove her from your service list.

-1-

The law firm of Sgro & Roger and the firm's other attorneys remain counsel of record for Plaintiff, Rayven Lafua.

Dated this 27th day of November 2024.

        SGRO & ROGER

        */s/ Jennifer W. Arledge*
        ANTHONY P. SGRO, ESQ.
        Nevada Bar No. 3811
        JENNIFER WILLIS ARLEDGE, ESQ.
        Nevada Bar No. 8729
        ALANNA C. BONDY, ESQ.
        Nevada Bar No. 14830
        2901 El Camino Ave, Suite 204
        Las Vegas, Nevada 89102
        *Attorneys for Plaintiff Rayven Lafua*

**IT IS SO ORDERED**.

DATED: 12/3/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of November, 2024, I served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** as indicated below by:

\_\_\_\_  by first class mail, prepaid, addressed to the recipients below;

\_\_\_\_  by facsimile transmission to the recipients' telephone numbers below;

_X_   by electronic service via the United States District Court electronic filing system;

\_\_\_\_  by hand delivery to the recipients below.

Nick D. Crosby, Esq.
Marquis Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for LVMPD

_____
An Employee of Sgro & Roger