**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
nadams@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYVEN LAFUA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a law enforcement agency of the State of Nevada; SERGEANT KASHIF SUMMERS, in his individual and official capacity; CAPTAIN KRISTINE BUIST, in her individual and official capacity, DOE DEFENDANTS 1 through 10; and ROE DEFENDANTS 1 through 10, inclusive,<br><br>　　　　Defendants. | Case Number:<br>2:22-CV-02133-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff Rayven Lafua ("Plaintiff"), by and through his attorneys of record, Sgro & Roger, and Defendants Las Vegas Metropolitan Police Department, Sgt. Kashif Summers and Capt. (ret.) Kristine Buist ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, that the above-referenced matter is dismissed with prejudice; and

/ / /

/ / /

/ / /

MAC: 14687-439 (#5828239.1)

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 25th day of March, 2025.

| MARQUIS AURBACH | SGRO & ROGER |
|---|---|
| By: */s/ Nick D. Crosby* <br> Nick D. Crosby, Esq. <br> Nevada Bar No. 8996 <br> Nicholas M. Adams, Esq. <br> Nevada Bar No. 15859 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendants | By: *s/Alanna C. Bondy* <br> Alanna C. Bondy, Esq. <br> Nevada Bar No. 14830 <br> 2901 El Camino Ave., Ste. 204 <br> Las Vegas, Nevada 89102 <br> Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED that the above-referenced matter is dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.:

Dated: March 25, 2025

_____
United States District Court Judge

MAC: 14687-439 (#5828239.1)